NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: ACLU Immigrants' Rights Project v. U.S. ICE    Docket No.: 21-1233

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Mason A. Kortz

Firm: Harvard Law School Cyberlaw Clinic

Address: 1585 Massachusetts Ave., Suite 5018, Cambridge, MA 02138

Telephone: 617-495-2845        Fax:

E-mail: mkortz@law.harvard.edu

Appearance for: Center for Investigative Reporting; Media Law Resource Center; MuckRock Foundation
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Plaintiff-Appellant American Civil Liberties Union Immigrants' Rights Project )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: *[signature]*

Type or Print Name: Mason A. Kortz