# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: American Civil Liberties Union v. United States Immigration and                      Docket No.: 21-1233

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Emily Creighton

Firm: American Immigration Council

Address: 1331 G St. NW Suite 200

Telephone: 202-507-7514                     Fax:

E-mail: ecreighton@immcouncil.org

Appearance for: Amici Curiae (List of all movants represented attached)
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel:                                                         )
(name/firm)

☐ Substitute counsel (replacing other counsel:                                                         )
(name/firm)

☐ Additional counsel (co-counsel with:                                                         )
(name/firm)

☑ Amicus (in support of: Appellant                                                         )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Emily Creighton

Type or Print Name: Emily Creighton

**Movants to be represented, by Amicus Counsel in the following case:**
*Docket #: 21-1233*
*Case Name: American Civil Liberties Union Immigrants' Rights Project v. United States Immigration and Customs Enforcement*

American Immigration Council
Ingrid Eagly
Emily Ryo
Tom Wong
Citizens for Responsibility and Ethics in Washington ("CREW")
American Oversight
Open the Government ("OTG")
National Immigrant Justice Center ("NIJC")
National Immigration Project of the National Lawyers Guild ("NIPNLG")
Refugee and Immigrant Center for Education and Legal Services ("RAICES")