**MANDATE**

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of January, two thousand twenty-three,

Before:     Reena Raggi,
              Richard C. Wesley,
              Susan L. Carney,
                  *Circuit Judges.*

_____

American Civil Liberties Union Immigrants' Rights Project,

        Plaintiff - Appellant,

v.

United States Immigration and Customs Enforcement,

        Defendant - Appellee.

_____

**JUDGMENT**

Docket No. 21-1233

    The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

    IT IS HEREBY ORDERED, ADJUDGED and DECREED that the award of summary judgment to ICE is REVERSED, and the case is REMANDED to the district court for further proceedings consistent with this opinion.

                        For the Court:

                        Catherine O'Hagan Wolfe,
                        Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 03/20/2023